# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



Roberta Lona

V.   **JUDGMENT IN A CIVIL CASE**

Prudential Insurance Company of America; Does 1 through 10 inclusive

CASE NUMBER:   07cv1276-IEG(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of plaintiff. Plaintiff shall recover $90,416.06 for past benefits from February 1, 2006 to March 31, 2009 plus prejudgment interest at rate applicable to each benefit payment pursuant to 28 USC 1961(a). Court orders that plaintiff shall file her request for attorney's fees and costs pursuant to Fed.R. Civ 54(d) and Civil Local Rule 54.1 and that Prudential shall reinstate plaintiff under the Policy, effective January 1, 2006. The parties' rights and duties are reinstated consistent with the terms and conditions of the Policy. Case closed................................................................................................

| March 25, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | J. Haslam  *(signature)* |
| | (By) Deputy Clerk |
| | ENTERED ON March 25, 2009 |