UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA LONA, an Individual,<br><br>  Plaintiff,<br><br>  v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a Corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.   CV07-01276 IEG (CAB)<br>Judge: Hon. Irma E. Gonzalez<br><br>**ORDER VACATING MEMORANDUM OF DECISION AND ORDER AND DISMISSING THE ACTION IN ITS ENTIRETY** |

On May 28, 2009, the parties, advising the Court that this matter has reached a settlement, submitted a joint motion and stipulation requesting that the Court's Memorandum of Decision and Order issued on March 24, 2009 be vacated and for dismissal, with prejudice, of this action in its entirety.

Good cause appearing, the request is **GRANTED**.

**IT IS SO ORDERED**.

DATED:   June 2, 2009

_____
IRMA E. GONZALEZ, Chief Judge
United States District Court